**Delores C. FAGERBERG, Petitioner/Respondent,**

v.

**Charles E. FAGERBERG, Respondent/Appellant.**

**No. 69166.**

Missouri Court of Appeals, Eastern District, Division Three.

Oct. 15, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 18, 1996.

Harold G. Johnson, Mitchell D. Johnson, St. Ann, for respondent/appellant.

Joseph A. Rathert, Fenton, for petitioner/respondent.

Before CRAHAN, P.J., GRIMM and HOFF, JJ.

PER CURIAM.

*ORDER*

In this dissolution case, the trial court awarded wife $700 per month maintenance. Husband appeals; we affirm.

Husband raises two points. He alleges the trial court erred in: (1) granting maintenance to wife contrary to § 452.335.1, RSMo1994, because she is in good health and able to support herself, and (2) granting maintenance to wife contrary to § 452.335.2 because husband is disabled and, with the maintenance payment, is unable to meet his own needs.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).